UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-02089-KJN |
| Plaintiff, | ORDER |
| v. | |
| TOBACCO OUTLET, INC d/b/a TOWER ZONE SMOKE SHOP & VAPE and VICTOR SMAYRA, | |
| Defendants. | |

**ORDER**

Upon consideration of the plaintiff's motion, and having found good cause, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's motion for extension of time to perfect service upon defendant is **GRANTED**. Plaintiff has 60 days from the date of this order to perfect service upon the defendant. The hearing scheduled on this motion set for March 21, 2023, at 9:00 a.m., before the undersigned is hereby vacated.

Dated: February 22, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gsho.2089

1