UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>TOBACCO OUTLET, INC. d/b/a TOWER ZONE SMOKE SHOP & VAPE, and VICTOR SMAYRA,<br><br>   Defendants. | No. 2:22-cv-02089-KJN<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE ON DEFENDANT** |

Upon consideration of the Plaintiff's Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion for Extension of Time to Perfect Service Upon Defendant is **GRANTED**. The Plaintiff has 21 days from the date of this order to perfect service upon the Defendant.

Dated: February 6, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1